UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEOVANNY SACA and JESSICA TORRES, *individually*,

                Plaintiffs,

-v.-

ELITE STONE FABRICATORS, INC., and AVNI AHMETAJ,

                Defendants.

21 Civ. 6601 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On July 25, 2022, the Court was informed that the parties have reached a settlement in this case. Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **August 19, 2022**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g., Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

    The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

    SO ORDERED.

Dated:  July 26, 2022
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge