**MEMO ENDORSED**



WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 720 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*   EMAIL: MKC@MKCLAWGROUP.COM

September 21, 2022

<u>Via ECF; Total Pages: 1</u>
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: Saca et al v. Elite Stone Fabricators, Inc. et al
    Docket No. 1:21-cv-06601-KPF

Dear Judge Polk Failla:

  This office represents defendants in the above referenced matter. Pursuant to Your Honor's Order dated August 23, 2022 (Doc 25), the parties were required to submit the settlement documents for this matter by September 19, 2022.

  The parties jointly submit this letter to request an extension of time to submit the settlement documents pursuant to *Cheeks*, twenty-one (21) days from today, by October 12, 2022. I have conferred with Plaintiffs' counsel, and they consent to the above.

  Thank you for your kind courtesies in addressing this matter.

                Respectfully submitted,

                *Michael K. Chong*

                Michael K. Chong, Esq.

MKC/ap
cc: Plaintiff's counsel (*Via ECF*)

Application GRANTED. The parties shall submit their settlement documents on or before **October 12, 2022**. The parties are advised that given the generous extensions already afforded the parties, further extensions will only be granted under particularly compelling circumstances.

The Clerk of Court is directed to terminate the motion at docket entry 26.

Dated:   September 21, 2022          SO ORDERED.
         New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE